**Order entered April 29, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00223-CR

**NATHANIEL HOWARD THOMAS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 219th Judicial District Court
Collin County, Texas
Trial Court Cause No. 219-81983-2012**

## ORDER

Before the Court is appellant's April 9, 2013 petition for rehearing or rehearing en banc.

Appellant's motion is **DENIED**.

/s/    CAROLYN WRIGHT
CHIEF JUSTICE